RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

JOANNE ENGELDRUM
PARTNER
(516) 357-3254
joanne.engeldrum@rivkin.com

November 19, 2026

**VIA CM/ECF and Email**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

The request is granted. The Court extends the deadline to request reopening to December 23, 2026.
The Clerk of Court is respectfully instructed to close Docket Number 28.
SO ORDERED.
November 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: *The Charter Oak Fire Ins. Co. v. Starr Indem. & Liab. Co. and Marvarino's Inc. d/b/a Cookies Kids*
Civ. Action No.: 26-cv-1559
RR File No.: 004584.00583

Dear Judge Cronan:

We represent Plaintiff, The Charter Oak Fire Insurance Company ("Charter Oak"), in the above-referenced action. We write jointly with counsel for Defendant, Starr Indemnity & Liability Company ("Starr"), to advise the Court that the parties are in the process of finalizing the proposed settlement agreement. Pursuant to the Court's Order (Docket #27), the parties respectfully request that the Court extend the deadline to file an application to re-open this Action from November 26, 2026, to December 23, 2026, while the parties finalize the settlement, including Starr's reimbursement of past defense costs. We thank the Court for the consideration of this request.

Respectfully Submitted,

*/s/ Joanne M. Engeldrum*
Joanne M. Engeldrum
Michael F. Panayotou
RIVKIN RADLER LLP
*Attorneys for Plaintiff*
926 RXR Plaza
Uniondale, New York 11556
Tel: (516) 357-3000
joanne.engeldrum@rivkin.com
michael.panayotou@rivkin.com

*/s/ Steven R. Shapiro*
Steven R. Shapiro
KELLY & CURTIS, PLLC
*Attorneys for Defendant*
*Starr Indemnity & Liability Company*
305 Broadway, Suite 704
New York, New York 10007
Tel: (212) 248-2200
steven.shapiro@kellyandcurtis.com

*No Appearance to Date: Marvarino's, Inc.*

4928-2566-9090, v. 1